Opinion issued August 13, 2019



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00891-CR

———————————

**THOMAS LEE MCDANIEL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Case No. 1527579**

---

## MEMORANDUM OPINION

Appellant, Thomas Lee McDaniel, has filed a motion to dismiss his appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* Tex. R. App. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).